# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Michael Nathaniel Altman          CASE NO.: 24−10420−pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx−xx−1077

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Philip Bentley at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, PB Zoom Videoconference, on May 2, 2024 at 09:59 AM to consider dismissal of the above−captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on March 13, 2024 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above−referenced case, the Debtor has failed to file the following:

    Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C1)
    Chapter 13 Model Plan
    Certificate of Credit Counseling
    Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
    * Schedule A/B: Property (Official Form 106A/B)
    Schedule C: The Property You Claim as Exempt (Official Form 106C)
    * Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D)
    * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
    Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
    Schedule H: Your Codebtors (Official Form 106H)
    * Schedule I: Your Income (Official Form 106I)
    * Schedule J: Your Expenses (Official Form 106J)
    * Statement of Financial Affairs
    Summary of Assets and Liabilities

Dated: March 14, 2024                                                Vito Genna
                                                                  Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:  
Michael Nathaniel Altman  
    Debtor

Case No. 24-10420-pb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 1  
Date Rcvd: Mar 14, 2024      Form ID: hrg521      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Nathaniel Altman, 131 Fith Avenue, Apt 701, New York, NY 10003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas C. Frost | info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2